## CERTIFICATE OF SERVICE

I, <u>Gini L. Downing</u> (name), certify that service of this summons and a copy of the complaint was made <u>February 4, 2022</u> (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Sun Pharmaceutical Industries Inc.
3 Skyline Drive
Hawthorne, NY 10532

Brian Jackiw
Thomas R. Fawkes
Tucker Ellis LLP
233 South Wacker Drive, Suite 6950
Chicago, IL 60606

Sun Pharmaceutical Industries Inc.
3 Skyline Drive
Hawthorne, NY 10532

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Sun Pharmaceutical Industries Inc.,
Attn: Israel Markov & Dilip Shanghvi
2 Independence Way,
Princeton, NJ 08540

Corporation Service Company,
R/A for Sun Pharmaceutical Industries, Inc.
251 Little Falls Drive
Wilmington, DE 19808

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date     <u>February 4, 2022</u>    Signature   <u>/s/ Gini L. Downing</u>

     Print Name:      <u>Gini L. Downing</u>
                                Pachulski Stang Ziehl & Jones LLP
                                10100 Santa Monica Blvd.
                                13th Floor
     Business Address:      <u>Los Angeles, CA 90067</u>

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Corporation Service Company,
   R/A for Sun Pharmaceutical Industries, Inc.
   251 Little Falls Drive
   Wilmington, DE 19808

   9590 9402 3367 7227 2827 53

2. Article Number (Transfer from service label)

   7017 2400 0000 3936 6596

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
   X _Paul Sisofo_
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Paul Sisofo
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

Case 2-22-02053-PRW, Doc 4, Filed 03/02/22, Entered 03/02/22 11:07:22, Description: Main Document , Page 2 of 2