Bradford J. Sandler, Esq. (NY Bar No. 4499877)
Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>Plaintiff,<br>v.<br><br>SUN PHARMACEUTICAL INDUSTRIES, INC.,<br><br>Defendant. | Adv. Proc. No. 22-02053 (PRW) |

**STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING**

Plaintiff Advisory Trust Group, LLC, in its capacity as the Liquidating Trustee of the RDC Liquidating Trust, and defendant Sun Pharmaceutical Industries, Inc. (together, the "**Parties**"), have entered into a settlement agreement that resolves the claims asserted in the above-captioned adversary proceeding. Accordingly, the Parties hereby stipulate, pursuant to

Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, to the dismissal with prejudice of this adversary proceeding, with each party to bear its own attorneys' fees and costs.

STIPULATED AND AGREED:

| | |
|---|---|
| Dated: September 7, 2022 | Dated: September 7, 2022 |
| PACHULSKI STANG ZIEHL & JONES LLP | TUCKER ELLIS LLP |
| */s/ Ilan D. Scharf* | */s/ Brian J. Jackiw* |
| Bradford J. Sandler (NY Bar No. 4499877) <br> Ilan D. Scharf (NY Bar No. 4042107) <br> Jason S. Pomerantz (CA Bar No. 157216) <br> 780 Third Avenue, 34th Floor <br> New York, NY 10017 <br> Telephone: (212) 561-7700 <br> Email: bsandler@pszjlaw.com <br> ischarf@pszjlaw.com <br> jspomerantz@pszjlaw.com | Brian J. Jackiw, Esq. <br> 233 South Wacker Drive, Suite 6950 <br> Chicago, IL 60606 <br> Telephone: (312) 256-9426 <br> Email: brian.jackiw@tuckerellis.com <br><br> *Counsel to Defendant Sun Pharmaceutical Industries, Inc.* |
| *Counsel to Plaintiff RDC Liquidating Trust* | |

SO ORDERED

DATED: _____, 2022  _____
        Rochester, New York                 HON. PAUL R. WARREN
                                                           United States Bankruptcy Judge